UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
**Christopher L. Brush**
**Tonya L. Brush**  Case No. 18-40739
 Honorable: Mark A. Randon
____Debtor(s)._____ ____/  Chapter 13

## STIPULATION TO MODIFY PLAN

Debtors' counsel and the Trustee hereby stipulate to the entry of the Order attached hereto.

Stipulated and approved for entry:  Stipulated and approved for entry:

/s/ Krispen S Carroll  /s/ Michelle Marrs
**Krispen S Carroll, Esq.**  **Michelle Marrs (P59651)**
**Chapter 13 Trustee**  **MARRS & TERRY, PLLC**
719 Griswold  6553 Jackson Road
Suite 1100  Ann Arbor MI 48103
Detroit, MI 48226-3314  734-663-0555
313-962-5035  MMarrs@marrsterry.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
**Christopher L. Brush**
**Tonya L. Brush**   Case No. 18-40739
  Honorable: Mark A. Randon
____Debtor(s)._____ ____/   Chapter 13

## ORDER MODIFYING CONFIRMED PLAN

This matter having come before the Court upon the application of Marrs & Terry, PLLC, and all interested parties having been served with notice of the modification, the objections to the modification having been resolved, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the Debtor's confirmed plan is modified to excuse turnover of the 2019 refund in the amount of $3709.00; and

    IT IS FURTHER ORDERED that the plan payment shall be $450.00 per month effective April 15, 2020 until July 1, 2020; and

    IT IS FURTHER ORDERED that Mr. Brush's payment order shall be reduced to $25.06 per week until July 1, 2020; and

    IT IS FURTHER ORDERED that the plan payment shall be $698.05 per month as of July 1, 2020; and

    IT IS FURTHER ORDERED that Mr. Brush's payment order shall be $82.31weekly as of July 1, 2020; and

    IT IS FURTHER ORDERED that Mrs. Brush's payment order shall be $157.55 bi-weekly; and

    IT IS FURTHER ORDERED that all other terms of the plan shall remain in full force and effect.